# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

**CIVIL CASE NO. 1:09cv448**

| | |
|---|---|
| **EVALEE SHEPARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **A MINI STORAGE COMPANY;** ) | |
| **GEORGE'S STOR-MOR** ) | |
| **REALTY, LLC; GEORGE W.** ) | |
| **MOROSANO & ASSOCIATES** ) | |
| **COMPANY; THE GREAT** ) | |
| **WESTERN MANAGEMENT** ) | |
| **COMPANY and CANDIE HALL,** ) | |
| in her official capacity as Plan ) | |
| Administrator, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred

on February 1, 2010, when the Defendants filed their Answer to the Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than **March 15, 2010**, and that the parties shall file a certificate of initial attorneys' conference with the Court no later than **March 22, 2010**.

**IT IS SO ORDERED**.

Signed: March 3, 2010

Martin Reidinger
United States District Judge